UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:13-CR-46-RLM |
| | ) | |
| MIGUEL PEREZ | ) | |

## O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on May 28, 2013. Accordingly, the court ADOPTS those findings and recommendations (Doc. No. 30), ACCEPTS defendant Miguel Perez's plea of guilty, and FINDS the defendant guilty of Count 3 of the Indictment, in violation of 21 U.S.C. § 841(a)(1) and (b).

SO ORDERED.

ENTERED: June 24, 2013

                                              /s/ Robert L. Miller, Jr.
                                              Judge
                                              United States District Court